[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 1222.]

HILLYER ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Hillyer v. State Farm Mut. Auto. Ins. Co.*, 1999-Ohio-25.]

*Appeal dismissed as improvidently allowed.*

(No. 99-421–Submitted October 12, 1999–Decided November 24, 1999.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 75073.

————————————

*Friedman, Domiano & Smith Co., L.P.A., Jeffrey H. Friedman* and *Stephen S. Vanek*, for appellants.

*Meyers, Hentemann & Rea Co., L.P.A., Henry A. Hentemann* and *J. Michael Creagan*, for appellee.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

————————————